**Gottlieb Townsend**

Trinity Building
111 Broadway, Suite 701
New York, NY 10006

644 S. Figueroa St., Suite 200
Los Angeles, CA 90017
Tel: 212-566-7766 www.gottliebtownsend.com

Robert C. Gottlieb

Paul R. Townsend
*Admitted in NY & NJ

Kaylee S. Kreitenberg
*Admitted in NY & CA

July 31, 2026

**Via ECF:**
The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**RE: *USA v. Linxin Wu*, 1:26-cr-00245-PAE**

Dear Judge Engelmayer:

I write to respectfully advise the Court of a recent issue that has arisen concerning the representation of my client, Linxin Wu, and to request a four-week adjournment of the August 4, 2026 court appearance to allow the matter to be resolved. There have been no previous requests for an adjournment. I have also spoken to AUSA Christian Hines who does not object to this adjournment request.

If you require any more information, we remain available. Thank you for your consideration.

Respectfully submitted,

GOTTLIEB TOWNSEND

/s/ Robert Gottlieb
Robert C. Gottlieb
Kaylee S. Kreitenberg

**GRANTED.** The Court adjourns the conference until **September 14, 2026**, at **11:00 a.m.** The Court excludes time until September 14, 2026, pursuant to 18 U.S.C. 3161(h)(7)(A), to enable the defense to address the issues referenced in counsel's letter, to continue to review discovery, and to discuss a potential disposition with the Government. The Clerk of Court is requested to terminate the motion at Dkt. No. 32.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge