# EXHIBIT A

FD-886 (Rev. 4-13-15)

# EVIDENCE COLLECTED ITEM LOG



*Print Legibly. More than one line may be used for each item, if necessary.*

**Date:** 05/14/2026 **Case ID:** 288Q-NY-3738233

**Location:** 2 Gold Street, Apt 5109, New York, NY 10038

**Preparer/Assistants:**

**Personnel (full names and initials):**

Adam, Chance ___
Lawi, Jordan ___
Nguyen, Randy ___
Im, Chae ___
Miles, Kat ___
Hunter, Matthew ___
Croft, Joshua ___
Stoner, Scott ___
Cruz, Luis ___
Stone, Kevin ___
Geevarghese, Melwin ___
Doria, Michael ___
Cottone, Ally ___
Wyner, Ari ___
Walch, Corey ___
Demberger, Bryan ___
Hardin, Kyler ___
Woodhouse, Christopher ___
Rubino, Alex ___
Weissman, David ___
Hernandez, Anthony ___
Granit, Jeffrey ___
Scott, Michael ___
Kane, Michael ___
Khan, Alia ___
Zolper, Madison ___
McIntyre, Brendan ___
Brown, Porche ___
Summer, Samantha ___
Finn, Timothy ___
Okuyama, Osamu ___

| Item # | Description *(e.g., One black Samsung flip phone; Serial #)* | Location *(e.g., Room)* | Specific Location *(e.g., Specific area w/in room)* | Collected by/ Observed by *(First Name and Last Name))* | Packaging Method | Comments *(if needed)* |
|---|---|---|---|---|---|---|
| 1 | iPhone collected from Wu's person, placed on couch. | C | Placed on couch after being retrieved from Wu's person. | Walch, Corey<br>Geevarghese, Melwin | Paper | |
| 2 | 6 key rings on a black carabiner:<br>-1st ring: Two silver NYCT keys<br>-2nd ring:"HFA" "REMOVE BEFORE FLIGHT" red keychain<br>-3rd ring: 5 gold keys<br>-4th ring: 1 silver 1 gold key<br>-5th ring (attached to 4th ring): 5 gold rings<br>-6th ring (attached to 4th ring): 3 silver 3 gold rings | C | Found on Wu's person and placed on the couch. | Rubino, Alex<br>Geevarghese, Melwin | Plastic | |
| 3 | Black ID Badge on a silver beaded chain:<br>Front:<br>-Expires: 07/31/29<br>-LINXIN WU - Manager<br>-2500504150 22612876<br>-NYCTA/MaBSTOA<br>-LIRR<br>-"L"<br>-2900076 952158<br>Back:<br>-MTA NYC Transit Track Safety Certification<br>-952158 | C | Item retrieved from Wu's person and placed on couch. | Rubino, Alex<br>Geevarghese, Melwin | Paper | |

FD-886 (Rev. 4-13-15)

# EVIDENCE COLLECTED ITEM LOG



*Print Legibly. More than one line may be used for each item, if necessary.*

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | Black ID Badge on a silver beaded chain:<br>-2 gold keys<br>-Expires 07/31/25<br>-2500504150 22612876<br>-Leo Lei - Assoc. Trans. Cust. Serv. Spec.2<br>-NYCTA/MaBSTOA NYCTA<br>-"U"<br>-12900024 240008 | C | In jacket pocket of Leo Lei | Rubino, Alex<br>Geevarghese, Melwin | | |
| 5 | MetroCard Photo ID Pass<br>Expires 07/31/25<br>2500504150 22612876<br>Leo Lei<br>Assoc. Trans. Cust. Serv. Spec. 2<br>NYCTA/MaBSTOA<br>NYCTA<br>"U"<br>12900024 240008 | C | In wallet in jacket on couch | Rubino, Alex<br>Geevarghese, Melwin | Plastic | |
| 6 | MetroCard<br>Expires 01/31/25<br>3161034900 28792199<br>M1527 | C | Found on Wu's person and placed on couch. | Rubino, Alex<br>Geevarghese, Melwin | Paper | |
| 7 | Suspected Radio Parts | | | Finn, Timothy<br>Croft, Joshua | | ITEM NOT TAKEN |
| 8 | Silver UniFi Network UDM Pro<br>Ubiquiti Inc.<br>M/N: UDM-Pro<br>2019K<br>74ACB93B975B<br>O2EqQ2 | Room C | On Floor | Finn, Timothy<br>Croft, Joshua | | |
| 9 | SD Card:<br>Kingston<br>8GB<br>Micro SD<br>SDC10/8GB<br>946381-E06 A00LF | B | On the floor in the hallway. | Granit, Jeffrey<br>Hernandez, Anthony | Plastic | |
| 10 | SD Card:<br>SanDisk<br>8GB<br>Micro SD<br>3196C6E9622J | A | Inside apartment door camera. | Granit, Jeffrey<br>Hernandez, Anthony | Plastic | |
| 11 | Raspberry Pi<br>-touchscreen<br>ESP-32 Micro Controller<br>WITH MICRO SD CARD | Room D | Found on floor in front of nightstand | Croft, Joshua<br>Hernandez, Anthony | | |

# EVIDENCE COLLECTED ITEM LOG



*Print Legibly. More than one line may be used for each item, if necessary.*

| | | | | | | |
|---|---|---|---|---|---|---|
| 12 | Blue "easystore" USB<br>-Purple marker writing "W11"<br>-32 GB<br>-BM190226266B<br>-SDUSBE3-032G | Room C | Inside a red solo cup | Zolper, Madison<br>Hernandez, Anthony | | |
| 13 | Black and White OMNY card<br>Card #: 230355060090913391<br>CVV #: 423<br>Card Expiration: 07/32<br>18235144854<br>1093-01003-1 | Room C | Inside a red solo cup | Zolper, Madison<br>Hernandez, Anthony | | |
| 14 | Rifle<br>Make: F-1 Firearms<br>Model: FU KING F15 Multi<br>Serial: FuF-03582<br>Caliber: Unknown | Room D | Closet D1 | Croft, Joshua<br>Finn, Timothy | | Rendered Safe by SA Chae Im |
| 15 | Black rifle upper receiver with "A" stamp on the side, in front of the charging handle, and "223 Wylde 1/8" on the front of the barrel.<br>Caliber: 5.56<br>Attachments:<br>-Votatu MGL-G light attachment<br>-Sig Sauer Romeo-MSR attachment<br>-Juliet 3 Micro attachment<br>-2-point black Sling<br>-RVG labeled attachment | Room D | In a black bag in Closet D1 | Croft, Joshua<br>Finn, Timothy | | Rendered Safe by SA Chae Im |
| 16 | Handgun<br>Make: Ekol<br>Model: Jackal Dual<br>Serial: V2iEKCRT503-2300175<br>Caliber: 9mm PAK | Room D | In a black bag in Closet D1 | Croft, Joshua<br>Finn, Timothy | | Rendered Safe by SA Chae Im |
| 16A | 9mm Black Magazine found in 16 packaged in 16 | Room D | In a black bag in Closet D1 | Croft, Joshua<br>Finn, Timothy | | Rendered Safe by SA Chae Im |
| 17 | DJI Mavik 2 Pro in a black case with a white ripped off tag "6360"<br>CMIIT ID: 2018AP3184<br>Model: L1P | Room D | On window sill of Room D | Croft, Joshua<br>Finn, Timothy | | |
| 18 | FD-917b<br>US Currency<br>Total: $21,720.50<br>Hundreds x197 = $19,700.00<br>Fifties x8 = $400.00<br>Twenties x81 = $1,620.00<br>Quarters x2 = $0.50 | Room D | Dresser | Croft, Joshua<br>Finn, Timothy | | |

FD-886 (Rev. 4-13-15)

# EVIDENCE COLLECTED ITEM LOG



*Print Legibly. More than one line may be used for each item, if necessary.*

| | | | | | | |
|---|---|---|---|---|---|---|
| 19 | Black Motorola Handheld Radio<br>APX N70<br>PCN018418 (Qty 25) (F)<br>PCN engineering build<br>Green circle sticker "Gallad"<br>S/N: 022TZX | Room C | On counter | Zolper, Madison<br>Hernandez, Anthony | | Rest of S/N is covered by sticker |
| 20 | Chase Bank Check #7616<br>Gallad Group INC<br>To: Linxin Wu<br>Date: 10/19/2025<br>Amount: $2250.00<br>Memo: Radio Repair<br>021000021 5887892767616<br>Check is endorsed in the back | Room C | On counter | Zolper, Madison<br>Hernandez, Anthony | | |
| 21 | Elevator Documents | Room C | On counter | Zolper, Madison<br>Hernandez, Anthony | | ITEM NOT TAKEN |
| 22 | 3 Items:<br>1. Neon Yellow SanDisk USB<br>-USB 3.2<br>-BM23080015354<br>-SDCZ410<br>2. Black SanDisk USB<br>-BM210458459W<br>-SDCZ430-032G<br>3. Black SanDisk USB<br>-16GB<br>-BL210557615W<br>-SDCZ33 | Room C | In Server Rack | Cruz, Luis<br>Hunter, Matthew | | |
| 23 | 2 Blue USBs:<br>1. DS9490B# 1804C 423589 PHIL<br>2. DS9490B# 1324C 389255 PHIL | Room C | In Server Rack | Cruz, Luis<br>Hunter, Matthew | | |
| 24 | Black KingDisk 8GB Micro Chip<br>MMBS8GBCUSC-T0<br>SSD2B6 10 | Room D | Nightstand | Croft, Joshua<br>Finn, Timothy | | |
| 25 | Black SanDisk Extreme Pro<br>128GB<br>9451DXDS204F BP | Room D | Nightstand | Croft, Joshua<br>Finn, Timothy | | |
| 26 | Black Gigastone Full HD Video 8 GB MicroSD<br>KTJD8X9<br>0108GD36090402 | Room D | Nightstand | Croft, Joshua<br>Finn, Timothy | | |

FD-886 (Rev. 4-13-15)

# EVIDENCE COLLECTED ITEM LOG

*Print Legibly. More than one line may be used for each item, if necessary.*



| | | | | | | |
|---|---|---|---|---|---|---|
| 27 | Dell OptiPlex 3050 with wire<br>Model: D10U<br>Type: D10U001<br>Service Tag: HNG5HH2<br>Express Service Code: 38423151542 | Room C | In Server Rack | Cruz, Luis<br>Hunter, Matthew | | |
| 28 | x8 Box of 20 Cartridges<br>5.56mm x 45mm<br>55GR<br>M193 | Room D | In Closet D1 on shelf in a box | Croft, Joshua<br>Im, Chae | | |
| 29 | x1 Round unknown caliber, x3 50 rounds 9mm in blue tape, x1 50 rounds 9mm Maxx Tech in Box, x1 5 rounds 12 ga slug in box, x1 25 rounds 20 ga shells | Room D | In Closet D1 on a shelf in a box | Croft, Joshua<br>Im, Chae | | |
| 30 | Intel NOC and wire<br>S/N: G6RY505002HT | Room C | On floor, in front of server rack | Cruz, Luis<br>Hunter, Matthew | | |
| 31 | Black Motorola Handheld Radio with battery, APX 8000XE, Model: H91TGD9PW7AN | Wu's Living Room | On Linxin Wu's person | Walch, Corey<br>Geevarghese, Melwin | | |
| 32 | New York State Learner Permit<br>ID: 788 011 629<br>Class: D<br>Wu, Linxin<br>2 Gold St. APT 5109 NY,NY 10038<br>DOB: 12/03/1999<br>Issued: 06/04/2024<br>Expires: 12/03/2027<br>Doc #: ZA45JGMQ09 | B | White dresser top drawer | Scott, Michael<br>Okuyama, Osamu | Plastic | |
| 33 | People's Republic of China Passport | B | White dresser top drawer | Scott, Michael<br>Okuyama, Osamu | Plastic | |
| 34 | 4 thumb drives | Room B | On Desk | Miles, Kat<br>Zolper, Madison | | |
| 35 | At least x4 of 5.56 and two empty mags | Room A | On shelf in Closet A2 | Wyner, Ari<br>Scott, Michael | | |
| 36 | Pistol<br>Make: ES Ekol<br>Model: Jackal Dual Compact<br>Serial: VZiEKCS03-2300008<br>Caliber: 9mm PAK | Room A | On the shelf in Closet A2 | Wyner, Ari<br>Scott, Michael | | Rendered Safe by SA Chae Im |
| 37 | Black .22 caliber magazine with at least two rounds | A | A2 shelf | Scott, Michael<br>Wyner, Ari | Paper | |

FD-886 (Rev. 4-13-15)

# EVIDENCE COLLECTED ITEM LOG



*Print Legibly. More than one line may be used for each item, if necessary.*

| | | | | | | |
|---|---|---|---|---|---|---|
| 38 | box with 27 boxes of 50 of MaxxTech 9mm blank cartridges, and 1 box with 19 cartridges, and 1 empty .22 caliber magazine | A | Closet A2 | Scott, Michael<br>Wyner, Ari | | |
| 39 | Door chime with micro controllers and SD card | C | Wall next to light switch | Cruz, Luis<br>Hunter, Matthew | Paper | |
| 40 | Red/Silver Rogers USB | Room C | Tall Desk Drawer | Stoner, Scott<br>Demberger, Bryan | Plastic | |
| 41 | SK hynix sc210 mSATA 128GB Hard drive S/N: EI51N120711701V6I<br>Full computer no case and no power supply | Room C | Top of Tall Desk | Stoner, Scott<br>Demberger, Bryan | Anti-Static Bag | |
| 42 | GMKTech<br>NucBoxM4<br>Serial #: M424130125 and a power adapter | Room C | On the floor under desk | Stoner, Scott<br>Demberger, Bryan | Paper | |
| 43 | 2 USBs without a case and 1 with a blue case and a label "Linc Backup" | Room C | Drawer under table | Kane, Michael<br>Demberger, Bryan | Anti-Static Bag | |
| 44 | SSD Micron<br>RealSSD P300 2.5<br>50 GB SATA 6GB/s<br>S/N: 1236034BA8A1 | Room C | Blue Tray under table | Kane, Michael<br>Demberger, Bryan | Plastic | |
| 45 | Camera in Box | C | On the floor under table | Kane, Michael<br>Demberger, Bryan | Paper | |
| 46 | Mini Computer Minix<br>A01E0B0F1FE8 | C | Behind monitors on the wall | Cruz, Luis<br>Hunter, Matthew | Paper | |
| 47 | MTA MetroCard<br>PhotoID Pass<br>Blank | C | On the floor in envelope under table | Kane, Michael<br>Demberger, Bryan | Plastic | |
| 48 | White iPhone Unknown Model<br>Powered on | Room C | On the short table | Stoner, Scott<br>Demberger, Bryan | Plastic | |
| 49 | Raspberry Pi Zero with SD card and antennae | Room C | On top of server rack | Cruz, Luis<br>Hunter, Matthew | Paper | |
| 50 | Raspberry Pi with USB dongle and POE adapter | Room C | Inside server rack | Cruz, Luis<br>Hunter, Matthew | Paper | |
| 51 | Mac Mini<br>Model A2816 | Room C | In Server Rack | Cruz, Luis<br>Hunter, Matthew | Paper | |

FD-886 (Rev. 4-13-15)

# EVIDENCE COLLECTED ITEM LOG

*Print Legibly. More than one line may be used for each item, if necessary.*



| | | | | | | |
|---|---|---|---|---|---|---|
| 52 | Unknown Computer | C | On wire rack next to server rack | Cruz, Luis<br>Hunter, Matthew | Paper | |
| 53 | MikroTik RouterBOARD | C | Wire rack next to server rack | Cruz, Luis<br>Hunter, Matthew | Plastic | |
| 54 | Silver SD card holder holding 7 SD cards | Room C | Corner next to stones on silver cart | Wyner, Ari<br>Demberger, Bryan | Plastic | |
| 55 | SanDisk SSD<br>Model: SDSSDA 2.5in SSD Drive | C | Blue tray under table | Kane, Michael<br>Demberger, Bryan | Plastic | |
| 56 | 1XWD Blue Hard Drive S/N: WCC6Z1NPSSS8, 3XSeagate Hard Drive S/N: W3T5LLYZ, Z3TN1HMV, Z319FXE | C | On top of short table | Stoner, Scott<br>Demberger, Bryan | Paper | |
| 57 | Samsung SSD | C | Table | Stoner, Scott<br>Demberger, Bryan | Paper | |
| 58 | Beige MacBook Pro | C | On table | Stoner, Scott<br>Demberger, Bryan | Paper | |
| 59 | Beige Mac Book Pro S/N: C02661RLMD6T | C | On table | Stoner, Scott<br>Demberger, Bryan | Paper | |
| 60 | 1X black Galaxy S5 phone<br>1X red iPhones<br>5X black iPhones<br>3X beige iPhones | C | on top of short table | Kane, Michael<br>Demberger, Bryan | Paper | |
| 61 | ThinkPad laptop | C | In a bag on couch | Demberger, Bryan<br>Kane, Michael | Paper | |
| 62 | 4X NVME SSD | C | on tall table | Kane, Michael<br>Demberger, Bryan | Paper | |
| 63 | 1X USB flash drive | C | On top of freestanding rack | Stoner, Scott<br>Hunter, Matthew | Paper | |
| 64 | ThinkPad Laptop with charger | C | top of clear drawer under table | Kane, Michael<br>Demberger, Bryan | Paper | |
| 65 | OMNY Card<br>#230355060001559986 CVV#674 Card Expiration: 07/28 | B | White dresser | Scott, Michael<br>Okuyama, Osamu | Plastic | |

FD-886 (Rev. 4-13-15)

# EVIDENCE COLLECTED ITEM LOG



*Print Legibly. More than one line may be used for each item, if necessary.*

| | | | | | | |
|---|---|---|---|---|---|---|
| 66 | Black Ammo Container:<br>-x1 Walther Box 50 rounds Blank 9mm cartilage<br>-x1 Winchester Box 20 rounds 5.56 FMJ<br>-x2 USA Box 20 rounds 5.56 FMJ<br>-x6 Green tracer 50 round boxes .22CR<br>-x1 Partial Green tracer 43 round box .22CR<br>-x1 Box of .22LR (17 count)<br>-x19 loose 5.56 rounds<br>-x3 loose 9mm rounds<br>-x2 loose 9mm blank rounds<br>-x1 loose 20 Gauge shotgun round<br>-x1 5.56 Mean Arms.com loader mag with at least 9 5.56 rounds<br>-x1 9mm magazine with one 9mm round<br>-x1 .22 Caliber magazine with at least 1 round<br>-x1 black empty 5.56 magazine<br>-x1 tan empty 5.56 magazine<br>-x1 silver bolt carrier<br>-x1 clear bag of assorted parts | B | Next to white dresser | Scott, Michael<br>Okuyama, Osamu | Other | |
| 67 | Macbook FVFDGN2HMNHP | B | Inside black backpack | Okuyama, Osamu<br>Scott, Michael | Paper | |
| 68 | Two iPads, one gray and one black. No external serial number. | B | Inside Black backpack | Okuyama, Osamu<br>Scott, Michael | Paper | |
| 69 | Four iPads. F9FSV045HPX9, F9FVF360HP61, F9FSV020HPX9, F4KPC0A56JK9. | B | White dresser | Okuyama, Osamu<br>Scott, Michael | Paper | |
| 70 | Black bolt carrier | B | Computer desk near kitchen | Miles, Kat<br>Im, Chae | Paper | |
| 71 | Black OMNY Card | A | Entryway Shelf | Miles, Kat<br>Rubino, Alex | Paper | |
| 72 | Motorola XTS 3000 Radio, engraved with DC Police P-1160-S | A | Entryway shelf | Miles, Kat<br>Rubino, Alex | Paper | |
| 73 | Two Apacer 8GB CFast Cards | A | Entryway Shelf | Miles, Kat<br>Rubino, Alex | Plastic | |
| 74 | One partial box of Maxx Tech 9mm blanks with 38 rounds. One round with PSD 25 stamped on the bottom. One casing with PSD 25 stamped on the bottom. One .45 caliber round. One 9mm caliber round. One 5.56 caliber round. One .22 caliber round. | A | Entryway shelf | Miles, Kat<br>Rubino, Alex | Paper | |

FD-886 (Rev. 4-13-15)

# EVIDENCE COLLECTED ITEM LOG



*Print Legibly. More than one line may be used for each item, if necessary.*

| | | | | | | |
|---|---|---|---|---|---|---|
| 75 | White iPhone. Model unknown. | B | Corner of computer desk by kitchen. | Weissman, David<br>Miles, Kat | Paper | |
| 76 | 2 GB SD card from Nikon Coolpix P100. | D1 | Top shelf above Cards Against Humanity Box in camera bag. | Stoner, Scott<br>Demberger, Bryan | Plastic | |
| 77 | Cards from wallet. One New York State Drivers license. One USA FCC Amateur Radio License. One USA Permanent Resident card. One unmarked blue metallic card. One MTA branded photo ID pass. One black OMNY card. | C | Inside wallet. Removed from WU's person. | Miles, Kat<br>Geevarghese, Melwin | Paper | |
| 78 | Stradux ADS-B in Receiver, connected with black wire to black power bank. Model number HX60S9. | C | On side table next to couch. | Miles, Kat<br>Scott, Michael | Paper | |
| 79 | Freestanding Sysrack containing digital equipment. | C | One the floor under TV. | Stoner, Scott<br>Scott, Michael | Other | |
| 80 | Red People's Republic of China passport. Number EJ5754003. | B | On top of white drawers. | Zolper, Madison<br>Miles, Kat | Paper | |
| 81 | Two black OMNY cards. | B | Inside top left drawer of white furniture. | Zolper, Madison<br>Miles, Kat | Paper | |
| 82 | Motorola APX 8000XE radio with NYPD Manhattan channels. | F | Window sill. | Miles, Kat<br>Zolper, Madison | Paper | Item may have a filed off identifier. on the top rear. |
| 83 | Green People's Republic of China birth certificate. | B | On top of white drawer unit. | Zolper, Madison<br>Miles, Kat | Paper | |
| 84 | Silver MacBook Pro serial number CWTXL647C1 | B | Computer desk near kitchen | Weissman, David<br>Cruz, Luis | Paper | |

# EXHIBIT B

Grand Jury Subpoena

**United States District Court**
**SOUTHERN DISTRICT OF NEW YORK**

TO Google LLC

GREETINGS:

WE COMMAND YOU that all and singular business and excuses being laid aside, you appear and attend before the GRAND JURY of the people of the United States for the Southern District of New York, at the United States Courthouse, 40 Foley Square, Room 220, in the Borough of Manhattan, City of New York, New York, in the Southern District of New York, at the following date, time and place:

Appearance Date: May 1, 2023 Appearance Time: 10:00 a.m.

to testify and give evidence in regard to an alleged violation of :

18 U.S.C. §§ 1030, 1343, 1344, and 922

and not to depart the Grand Jury without leave thereof, or of the United States Attorney, and that you bring with you and produce at the above time and place the following:

**See Attached Rider**

N.B.: Personal appearance is not required if the requested materials are (1) produced on or before the return date to [redacted] and (2) accompanied by an executed copy of the attached Declaration of Custodian of Records. **PLEASE PROVIDE IN ELECTRONIC FORMAT IF POSSIBLE.**

Failure to attend and produce any items hereby demanded will constitute contempt of court and will subject you to civil sanctions and criminal penalties, in addition to other penalties of the Law.

DATED: New York, New York
April 13, 2023

[redacted]

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

**RIDER**

Grand Jury Subpoena to Google LLC dated April 13, 2023,
USAO Reference No. 2023R00415

Please provide:

1. All subscriber identifying information, including, but not limited to:
   a. name
   b. username or other subscriber identity or number
   c. address
   d. primary and alternate telephone numbers
   e. primary and alternate email addresses
   f. date of birth
   g. social security number
   h. any temporarily assigned network address
   i. MAC address
   j. Browser and operating system information

2. Records of session times and durations and any IP addresses used by the subscriber at the beginning, end, and at any time during these sessions;

3. Length of service (including start date) and types of service utilized; and

4. Means and source of payment for services (including any credit card or bank account number);

5. Account notes and logs, including any customer-service communications or other correspondence with the subscriber; and

6. Investigative files or user complaints concerning the subscriber.

For any accounts associated with the following identifiers:

[redacted]

**[7-1420000037708] Notification From Google**
1 message

<usernotice@google.com> Fri, Jan 10, 2025 at 12:44 PM
To: usernotice-noreply@google.com

Google

**Hello,**

You are receiving this email because you are listed as an administrator of the Google Workspace domain nycengravingservice.com. Google received and responded to a legal process issued by United States District Court Southern District of New York compelling the release of information for an account associated with that Google Workspace domain. A court order previously prohibited Google from notifying you of the legal process. We are now permitted to disclose the receipt and provide the attached copy of the legal process to you.For more information about how Google handles legal processes, please see https://policies.google.com/terms/information-requests or view our transparency report at https://transparencyreport.google.com/user-data/overview.

Please reply directly to this email in any further communications regarding this matter. Any communications not sent as a direct reply to this email must contain the subject line "Attention Google Legal Investigations Support," reference the case identification number, and be sent to usernotice@google.com in order to ensure the appropriate routing and processing.

Google is not in a position to provide you with legal advice or discuss the substance of the legal process. If you have such questions regarding this matter, you may wish to contact an attorney. We require an emailed statement sent from your account authorizing us to communicate with your attorney about the Google Workspace domain for which you are listed as an administrator.

Regards,
Legal Investigations Support
Google LLC

**Grand Jury Subpoena.pdf**
1.1 MB