UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>LINXIN WU,<br><br>Defendant. | 26-CR-245 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

For the reasons stated on the record at today's conference, the Court reaffirmed its ruling of June 22, 2026 denying the defendant's motion for release on bond. The Clerk of Court is requested to terminate the motion at Dkt. No. 45.

The Court sets trial in this matter for **February 8, 2027**, in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: September 29, 2026
New York, New York