UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>LINXIN WU,<br><br>Defendant. | 26 Cr. 245 (PAE)<br><br><u>ORDER</u> |

PAUL A. ENGELMAYER, District Judge:

The Court has received the joint letter of Messrs. Gottlieb and Townsend regarding their dispute as to the amount of the $100,000 retainer of defendant Linxin Wu to which Mr. Gottlieb's law firm, Robert C. Gottlieb & Associates PLLC, is entitled to retain for its previous work representing Mr. Wu. *See* Dkt. 50. The letter attaches timesheets from the Gottlieb law firm spanning June 26 to July 30, 2026. *Id.* at 6–9.

The Court schedules a hearing **for Thursday, October 8, 2026, at 10:30 a.m., in courtroom 1305 of the Thurgood Marshall United States Courthouse**, to take up these issues. Mr. Gottlieb and Mr. Townsend are directed to attend, and the Government is directed to arrange for Mr. Wu to be timely produced. Mr. Gottlieb, Mr. Townsend, and Mr. Wu should all be prepared to be questioned under oath by the Court. The conference will exclusively address the monetary dispute that has arisen between Mr. Wu's former and current counsel and as such will be held under seal, outside the presence of Government counsel, who are not authorized to attend.

In advance of the hearing, the Court directs Mr. Gottlieb and Mr. Townsend to produce the documents below to the Court. Because these documents are not properly viewed by the Government or the public, they are not to be filed on the public docket, but instead are to be

emailed to the Court's chambers, with each of Mr. Gottlieb and Mr. Townsend copying the other counsel on the transmittal email. These materials are due **by 5pm on Monday, October 5, 2026**:

From Mr. Gottlieb:

1. His law firm's complete timesheets and bills governing the entirety of the representation of Mr. Wu.
2. All attorney notes of conversations and work product in connection with the representation of Mr. Wu, by any lawyer representing Mr. Wu, covering the dates July 26, 2026 and afterwards.
3. All email communications in the possession, custody, or control of Mr. Gottlieb's law firm, whether by Mr. Gottlieb, Mr. Townsend, or Ms. Kreitenberg, relating to the representation of Mr. Wu or the fee dispute with Mr. Townsend, during the period July 26, 2026 through July 31, 2026.

From Mr. Townsend:

1. The substitution of counsel form signed by Mr. Wu.
2. All email communications in the possession, custody, or control of Mr. Townsend or his present law firm, whether by Mr. Gottlieb, Mr. Townsend, or Ms. Kreitenberg, relating to the representation of Mr. Wu or the fee dispute with Mr. Gottlieb, during the period July 26, 2026 through July 31, 2026.
3. All records, formal or informal, recording Mr. Townsend's work on behalf of Mr. Wu, during July 2026. These are to include records reflecting time on the Wu matter; attorney notes and work product; and phone records, text messages, and emails, including all email communications between Mr. Townsend and AUSA Hines.

To assure receipt, the Court is emailing this order to both Mr. Gottlieb and Mr. Townsend.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: October 1, 2026
New York, New York