UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

LINXIN WU,

Defendant.

26 Cr. 245 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

For the reasons stated on the record at today's conference, the Court orders the Law Offices of Robert C. Gottlieb & Associates (the "Gottlieb firm") to transmit **$5,792.59** to the Law Offices of Jeffrey Lichtman by the close **Friday, October 9, 2026**. This sum reflects the balance between the $30,000 that was retained by the Gottlieb firm on September 14, 2026 in accordance with this Court's order, Dkt. 42, and the $24,207.41 to which the Court determined, at today's conference, that the firm is entitled as compensation for its services to defendant Linxin Wu during the period of its retention.

SO ORDERED.

Paul A. Engelmayer
PAUL A. ENGELMAYER
United States District Judge

Dated: October 8, 2026
New York, New York