UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
UNITED STATES OF AMERICA,

Docket No. 26-cr-00245

- against -

**NOTICE OF APPEARANCE**

LINXEN WU,

Defendants.
-------------------------------------------------------------------X

**PLEASE TAKE NOTICE,** that JOHN F. CARMAN, ESQ. of The Carman Law Office, an attorney duly licensed to practice before this Court, hereby appears for all purposes in the above-entitled action as counsel on behalf of defendant, Linxen Wu.

Dated: October 15, 2026

JOHN F. CARMAN, ESQ.
(JC 7149)
Attorney for Linxen WU
THE CARMAN LAW OFFICE
666 Old Country Road, Suite 501
Garden City, New York 11530
(516) 683-3600
john@johncarmanlaw.com