UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>LINXIN WU,<br><br>Defendant. | 26-CR-245 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

The Court has received a sealed application from defense counsel Paul Townsend, Esq., seeking leave to unseal the transcript of the October 8, 2026 hearing before this Court as to the disposition among counsel of defendant Linxin Wu's $100,000 retainer, so that Mr. Townsend may use the transcript in a separate proceeding, a business dispute in which he is adverse to his former colleague, and Mr. Wu's former counsel, Robert Gottlieb, Esq. The Court grants Mr. Townsend's request to file the application under seal, which Mr. Townsend is to do forthwith. However, the Court will not act on this application without giving Mr. Gottlieb an opportunity to respond. Mr. Townsend is to forward to Mr. Gottlieb forthwith his application to this Court. Any response by Mr. Gottlieb is due Friday, **October 30, 2026**, and is to be emailed to the Court and filed under seal. To assure Mr. Gottlieb's receipt of this order, the Court is emailing this order to him, as well as to Mr. Townsend.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: October 28, 2026
New York, New York