UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES,

-v-

LINXIN WU,

Defendant.

26 Cr. 245 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has reviewed three letters relating to an application by Paul Townsend, Esq. on behalf of defendant Linxin Wu, to permit the use, in other proceedings, of the sealed transcript of the hearing held in this case on October 8, 2026. These are Mr. Townsend's opening letter, dated October 28, 2026, Dkt. 56; the opposition from Robert C. Gottlieb, Esq., dated October 30, 2026, Dkt. 61; and Mr. Townsend's reply, dated November 4, 2026. These letters have been redacted, because they quote the transcript of the hearing. That transcript, in turn, has been sealed because the hearing concerned and resolved fee disputes among Mr. Wu's past and present criminal defense counsel, and contains a degree of testimony (albeit limited and, in the Court's estimation, unrevealing) about attorney-client communications and/or attorney work product. Dkt. 53.

Substantially for the reasons set forth in Mr. Townsend's letters, the Court authorizes Mr. Townsend and his law firm to use the sealed transcript in other proceedings. There is good cause for that. However, the Court instructs Mr. Townsend to ask the juridical bodies (which the Court understands to be a state and an arbitrator) to maintain the transcript under seal, out of respect for Mr. Wu's interests. Mr. Townsend is to advise those bodies that, because the transcript arises

from a pending criminal case and contains testimony by the defendant and his counsel about attorney-client communications and legal work, this Court strongly believes that the transcript ought to remained sealed (and not be quoted in publicly accessible materials).

Mr. Townsend is directed to file his reply letter, dated November 4, 2026, under seal.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: November 5, 2026
New York, New York